UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-14055-MOORE/McCABE

18 U.S.C. § 922(b)(5)



UNITED STATES OF AMERICA,

vs.

MICHAEL JOHN PELLICIONE,

Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

**COUNTS 1-5**
**Failure of Firearms Dealer to Keep Proper Record of Sale**
**(18 U.S.C. § 922(b)(5))**

On or about the dates specified as to each count below, in St. Lucie County, in the Southern District of Florida, the defendant,

**MICHAEL JOHN PELLICIONE,**

being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver a firearm to a purchaser, without noting in the defendant's records required to be kept by law pursuant to Title 18, United States Code, Section 923, the name, age, and address of said purchaser:

| Count | Approximate Date | Purchaser |
|---|---|---|
| 1 | Between October 28, 2023, and February 16, 2024, the exact date being unknown to the Grand Jury, | K.B. |

| 2 | June 8, 2023 | J.F. |
| 3 | June 30, 2023 | J.F. |
| 4 | April 7, 2024 | C.S. |
| 5 | April 14, 2024 | D.M.D. |

In violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MICHAEL JOHN PELLICIONE**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(b)(5), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

   (i) Erma Werke GMBH model ET22 pistol bearing serial number 66871;

   (ii) ITM Arms Company model MK-99 rifle bearing serial number 1981KM37852;

   (iii) Del Ton Inc model DT10 rifle bearing serial number D003820;

   (iv) Professional Ordinance Carbon 15 pistol bearing serial number B24211;

   (v) HS Produkt model XD45 pistol bearing serial number XD749192;

   (vi) Masterpiece Arms model MPA57 pistol bearing serial number V8214;

(vii) FN model Five Seven MK2 pistol bearing serial number 386231615; and

(viii) Springfield Armory model Saint rifle bearing serial number ST558451.

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
CARMEN M. LINEBERGER
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-CR-14055-MOORE/McCABE

v.

MICHAEL JOHN PELLICIONE,

                      Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☒ FTP
☐ FTL    ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) __No__
   List language and/or dialect: _____
4. This case will take __4__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☒ 0 to 5 days
   II    ☐ 6 to 10 days
   III    ☐ 11 to 20 days
   IV    ☐ 21 to 60 days
   V    ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) _____
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes, Shaniek Mills Maynard    Magistrate Case No. 24-MJ-00113-SMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 10/2/2024
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) __No__
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) __No__
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__

By: _____
CARMEN M. LINEBERGER
Assistant United States Attorney
SDFL Court ID No.    5501180

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MICHAEL JOHN PELLICIONE

**Case No**: 24-CR-14055-MOORE/McCABE

Counts #: 1-5

Failure of Firearms Dealer to Keep Proper Record of Sale, 18 U.S.C. § 922(b)(5)

* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years
* **Max. Fine:** $250,000 / $100 Special Assessment

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**